# EXHIBIT 171

# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Kevin J. Butler / Jena A. MacCabe*
*Phone: (213) 894-6495/5046*
*E-mail: kevin.butler2@usdoj.gov/jena.maccabe@usdoj.gov*

*1300 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

March 19, 2026

**VIA E-MAIL**

Craig A. Harbaugh
Harbaugh Law, PC
360 E. 2nd Street, Suite 800
Los Angeles, CA 90012
213-986-8656
Email: craig@harbaugh.law

Scott Adam Pactor
Law Offices of Scott Pactor
934 23rd Street
San Diego, CA 92102
619-260-2636
Fax: 619-260-0058
Email: scottpactor@yahoo.com

Peter Johnson
Peter Johnson Law, P.C.
407 North Pacific Coast Highway, 651
Redondo Beach, CA 90277
310-295-1785
Fax: 213-219-2907
Email: peter@peterjohnsonlaw.com

Kristen Nicole Richards
Anthony M Solis APLC
23679 Calabasas Road Suite 412
Calabasas, CA 91302-1502
310-940-9624
Email: knrichards85@gmail.com

Michael M. Levin
Wegman and Levin APC
4605 Lankershim Boulevard, Suite 650
North Hollywood, CA 91602
818-980-4000
Fax: 818-980-4080
Email: mml@wegmanlevin.com

John D. Robertson
Law Offices of John D. Robertson APC
1021 South Union Avenue
Los Angeles, CA 90015
213-482-8893
Fax: 213-482-5002
Email: jdrlaw@hotmail.com

Carlos L. Juarez
Law Office of Carlos L. Juarez
PO Box 2464
Riverside, CA 92516-2464
951-742-7354
Fax: 951-742-7358
Email: juarezlaw52@yahoo.com

Kenneth A Reed
Law Offices of Kenneth A Reed
406 West 4th Street
Santa Ana, CA 92701
714-953-7400
Fax: 714-953-7412
Email: kenneth@kennethreedlaw.net

Re: United States v. Eugene Henley, et al.
No. 25-CR-211(A)-FLA

Government's Expert Disclosure re: DNA Analysis

Counsel:

Pursuant to your request for expert disclosures and Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the government hereby discloses its intent to call Forensic Scientist III Leah Groveman in its case-in-chief at trial to provide her expert opinions under Federal Rules of Evidence 702, 703, and 705. The government reserves the right to offer additional testimony by this expert, and to amend or adjust her opinions and bases for her opinions, based on information received or made known to the expert before or during trial. Pursuant to Rule 16(b)(1)(C), the government hereby requests reciprocal disclosure from the defense of any testimony defendant intends to use at trial under the same Rules of Evidence.

**A. Complete Statement of Opinions**

At trial, the government intends to call Las Vegas Metropolitan Police Department Forensic Scientist III Leah Groveman. Ms. Groveman is expected to testify regarding DNA analysis and collection of biological evidence in this case, specifically, the collection, analysis, and conclusions set forth in Ms. Groveman's previously produced March 22, 2023 Report of Examination, attached as Exhibit A (previously produced at Bates USA-CAC_00016386-90 in Production 26).

The government anticipates that Ms. Groveman's testimony will address the following topics:

1. An overview of DNA (aka deoxyribonucleic acid), including what DNA is and how DNA varies from person to person.

2. How evidence is processed for DNA.

3. The frequency with which DNA is recovered from evidence and items, e.g., clothing, etc., and the effect of environmental factors such as weather on the recovery, processing, and analysis of that DNA.

4. How DNA analysis is conducted in general and the methods used, including how DNA is extracted from samples and the steps involved in DNA extraction, quantification, amplification, typing, and analysis.

5. How DNA processing, including batching, extraction, quantification, amplification, typing, and data analysis and interpretation is performed at the Las Vegas Metropolitan Police Department Forensic Laboratory.

6. The possible outcomes from DNA comparison, which include (1) individually included, (2) excluded, and (3) uninformative (i.e., does not provide sufficient support for whether they are included or excluded as contributors to the sample).

7. How DNA references were obtained, analyzed, and compared to the DNA samples in this case, how the references were recovered from the victim, and who collected the samples.

8. The purpose and mechanics of the software program, STRmix, used by the laboratory in this matter to generate the statistics used within the report. Specifically, STRmix takes many factors into consideration, such as peak heights that are present in the profile created by the electropherogram. STRmix evaluates that data based on input by the forensic scientist, such as the number of contributors found within a sample.

9. The chain of custody of the date or dates the laboratory received the samples and where the samples were transferred from.

10. The technical review process of DNA analysis at the Las Vegas Metropolitan Police Department Forensic Laboratory.

11. The DNA examination and analysis of collected samples in this case and the contents of the report generated.

12. Analysis of the DNA results and testing in this case and the findings that are set forth and detailed in Exhibit A, and previously disclosed in Production 26 at Bates USA-CAC_00016386-90.

Ms. Groveman has based the above-mentioned opinions on the DNA profile data that was generated from her own analysis and the laboratory's analysis discussed in her report. Additionally, Ms. Groveman based her overall opinion of the DNA results in this matter with the assistance of the software program that was used to generate the statistics – STRmix.

Ms. Groveman will testify regarding the profiles obtained from known samples and the relative strength of profiles obtained from Lab Items 5.1.1, 5.2.1, 6.1.1, and 6.2.1, and the likelihood ratios as to each set forth in Exhibit A.

**B. Bases and Reasons for Opinions**

The bases and reasons for Ms. Groveman's opinions are her education, training, professional and professional experience in forensic biology.

**C. Witness's Qualifications**

Ms. Groveman's curriculum vitae is contemporaneously provided and includes her experience and training as a Forensic Scientist III.

**D. List of Prior Expert Testimony**

Ms. Groveman has testified as an expert in the following cases, as identified by their case numbers:

- North Las Vegas Justice Court Case:
  - *Martinez*, 21CRN000701-0000
- Las Vegas Justice Court Cases:
  - *Morrison*, 23-CR-039206
  - *Stocker*, 25-CR-079191
- Clark County District Court Cases:
  - *Fernandez*, C-19-345190-1
  - *Tavarez*, C-21-3555640-1
  - *Park*, 19340550X
  - *Hankins*, 21356840X
  - *Facio*, 22361822A
  - *Aubry*, 18333065X
  - *Medof*, 21360426X
  - *Condeulloa*, 23377408A
  - *Jackson*, C-24-384251-1
  - *Ward*, C-17-327382-1
  - *Wilson*, C-18-330192-1

### E. Publications

Ms. Groveman has not authored any publications.

## II. Approval

Consistent with Rule 16(a)(1)(G)(v), Ms. Groveman's signature below signifies that she has reviewed the above disclosure and approves of its contents.

Leah Groveman, FS III

Leah Groveman, Forensic Scientist III

Please contact us if you believe that the notice that you have received provides inadequate notice under Rule 16(a)(1)(G). The government also reserves the right to supplement this expert notice in advance of trial.

In addition, pursuant to Fed. R. Crim. P. 16(b)(1)(C), the government hereby again requests reciprocal disclosure from the defense of any testimony defendant intends to use at trial under Fed. R. Evid. 702, 703, and/or 705 as well as all reciprocal discovery to which the government is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.

Please let me know if you have any questions or would like to further discuss any of the matters raised above. The government believes that the information contained in this notice is sufficient to meet the obligations of Rule 16. If you feel otherwise, please advise immediately. Please note that the government's expert notice requirements under Rule 16 apply only to its case-in-chief. As soon as the government is apprised of any defense that you wish to advance at trial, I will advise you of the government's intent to call any rebuttal experts. The government also hereby requests, pursuant to Rule 16(b)(1)(C), a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence, including the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

Very truly yours,

KEVIN J. BUTLER
Assistant United States Attorney